## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL MARTINEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITIZEN'S TAXI DISPATCH, INC., and PATRICIA SHELTON, <br><br> Defendants. | Case No: 16 C 10389 |

### **STIPULATION OF DISMISSAL [FRCP 41(a)]**

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties with each party bearing that party's own attorney's fees and costs.

DATED: April 24, 2018

Agreed:

/s/ Quinton Osborne, Counsel for Plaintiff


/s/ Zachary M. Bravos, Counsel for Defendants


So Ordered: _____